AO 91 (Rev.11/11) Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

2015 MAY 14  PM 2: 35

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | |
|---|---|
| United States of America<br>v.<br>JONATHAN ALEMAN<br><br>_____<br>*Defendant* | )<br>)<br>) Case No. 6:15-mj-1242<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the dates of May 4 and May 12, 2015 (receipt of child pornography), and May 14, 2015 (possession of child pornography), in the county of Orange, in the Middle District of Florida, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2)(B) and 2252A(a)(5)(B) | Receiving and possessing child pornography. |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Rodney J. Hyre, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 14, 2015

_____
*Judge's signature*

City and state:    Orlando, Florida          KARLA R. SPAULDING, U.S. Magistrate Judge

STATE OF FLORIDA                             CASE NO. 6:15-mj-1242

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Rodney J. Hyre, being duly sworn, do hereby depose and state as follows:

1. For the past eleven years, I have been employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI). I currently serve as the coordinator for the FBI Crimes Against Children/Innocent Images Unit in Orlando, Florida.

2. I have received specialized training in the investigation of sex crimes, child exploitation, child pornography and computer crimes. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2252 and 2252A. I have also participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software and electronically stored information.

3. This affidavit is submitted in support of an application for the issuance of an arrest warrant for JONATHAN ALEMAN (ALEMAN). As set forth in more detail below, I believe there is probable cause that ALEMAN knowingly received and possessed material containing images and videos of child pornography, that is, visual depictions of minors engaging in sexually explicit conduct, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and

using any means and facility of interstate and foreign commerce, that is, the Internet, in violation of 18 U.S.C. §§ 2252A(a)(2)(B) and (a)(5)(B).

4. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and the review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of seeking an arrest warrant, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

5. Title 18, United States Code, Section 2252(a), prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any visual depiction of minors engaging in sexually explicit conduct using any means or facility of interstate commerce, or in or affecting interstate commerce. Title 18, United States Code, Section 2252A, prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate commerce, or in or affecting interstate commerce.

## DEFINITIONS

6. The following definitions apply to this Affidavit:

    a. "Child Pornography," as used herein, includes the definition in 18 U.S.C. § 2256(8), which defines child pornography as any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image,

2

computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. See 18 U.S.C. §§ 2252 and 2256(2).

  b. "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. See 18 U.S.C. § 2256(2).

## DETAILS OF THE INVESTIGATION

7. On March 11, 2015, FBI SA Fowler, utilizing a Peer-to-Peer file sharing program known as Bittorrent Roundup was able to determine that a computer utilizing IP address 71.47.110.28 was advertising files of suspected child pornography.

8. On March 11, 2015, through March 26, 2015, SA Fowler completed a single source download from IP address 71.47.110.28 of numerous files of child pornography. The following describes three of these files:

- xxxxlvr2 - an image depicting a nude female infant whose legs are spread and her vagina is the focal point of the picture. A phallus device is inserted in the child's anus.
- xxxx1076 – an image of an infant female who is naked. The child's vagina is the focal point of the image and an adult's fingers are shown spreading the child's vagina apart.

3

- xxxx55lg – an image of a naked infant female who is shown having her vagina penetrated by the tongue of an adult.

9. On March 31, 2015, SA Fowler served a subpoena to Brighthouse Networks for I.P. address 71.47.110.28 requesting subscriber information for the period from March 11, 2015, through March 26, 2015.

10. On April 17, 2015, the following information was obtained in the subpoena response from Neustar in c/o Brighthouse networks:

    Customer Name:   S.A.
    Address:   xxxx Blvd., Orlando, Florida 32812
    I.P. Service:   05/11/2002 to present
    Associated Phone number:   407 8xx-xxxx

11. On May 13, 2015, I applied for and received a search warrant for the above-noted premises located at xxxx Blvd., Orlando, Florida 32812.

12. On May 14, 2015, additional law enforcement officers and I executed the search warrant at xxxx Blvd., Orlando, Florida 32812. Two other FBI Special Agents and I conducted a non-custodial interview of ALEMAN at that time. ALEMAN admitted to using a Peer-to-Peer file sharing program to download child pornography from the Internet. ALEMAN said that he had been engaged in this activity for the past seven years. ALEMAN said that he had used the search term "PTHC" to locate child pornography and download it. ALEMAN stated that he would store the child pornography on his desktop computer, laptop computer, tablet, and three of his cell phones. ALEMAN stated that his collection of child pornography videos and images would consist of both boys and girls between the ages of infant up to thirteen years old. ALEMAN stated that he was sexually aroused by any depiction of any person or animal

4

between the ages of zero and sixty who were involved in a sexual act. ALEMAN said he would download child pornography on an almost daily basis and masturbate while viewing it.

13. ALEMAN said that on two previous occasions when he was approximately thirteen years old, he had engaged a boy who was approximately seven years old in inappropriate sexual contact. ALEMAN said that on two occasions he had engaged the seven year old boy in oral sex, and on one occasion had attempted to anally rape the seven year old, but had to stop because the boy was in too much pain and his penis would not fit in the boy's anus.

14. An agent conducted a forensic preview of ALEMAN'S Lenova desktop computer at the time of the search. That agent found over 100 videos of child pornography during this preview. The agent's forensic preview showed that files containing child pornography were received through the Internet on May 4, 2015, and May 12, 2015, respectively. I reviewed some of the files received on May 4, 2015 and May 12, 2015 and based on my training and experience I believe that the following three videos which were received on May 4, 2015 and/or May 12, 2015 recovered from ALEMAN'S computer are child pornography as defined in 18 U.S.C. § 2256:

    a. (Pthc) Pedo 5Yo Vaginal Penetration - ******(*).mpg. This is a 7:33 minute video depicting a prepubescent female approximately five years old being forced into sexual intercourse and oral sex with an adult male.

    b. [**][****] Child Porn - Girl And Boy 6Yo And 8Yo Having Sex *********.mpg. This is a 12:48 minute video depicting a naked

5

prepubescent boy and girl who are masturbating each other and then engage in sexual intercourse.

c. \*\*\*\*\*\*\*\*- PTHC - BabyJ 5yo Exib Fuck (\*\*\*\*\*\*)(\*).mpg. This is a 48:46 minute video compilation depicting a prepubescent female approximately five years old masturbating and being forced into anal, vaginal, and oral sex.

15. Based on the above information, there is probable cause to believe that JONATHAN ALEMAN knowingly received and possessed material containing images and videos of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet, in violation of 18 U.S.C. §§ 2252A(a)(2)(B) and (a)(5)(B).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Rodney J. Hyre
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 14th day of May, 2015

KARLA R. SPAULDING
United States Magistrate Judge