UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No. 6: 15-cr-00122-CEM-TBS

JONATHAN ALEMAN,

    Defendant.

## NOTICE OF APPEARANCE

COMES NOW, Augustus Sol Invictus, attorney for the Defendant, and hereby enters this Notice of Appearance on his behalf in the above-captioned cause.

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, Jonathan Aleman, the above-named Defendant, do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the charging instrument.

_____
Counsel for Defendant

_____
Defendant

Date: 25 JUNE 2015

## REQUEST FOR DISCOVERY

COMES NOW, Jonathan Aleman, by and through his undersigned attorney, and hereby gives notice that he will participate in all discovery allowed by the Federal Rules of Criminal Procedure, in the above-captioned cause.



**Augustus Sol Invictus, Esquire**
FL Bar No.: 98586
IMPERIUM, P.A.
390 N. Orange Ave.
Suite 2300
Orlando, Florida 32801
Phone: 407.255.2045
Email: ainvictus@imperiumlex.com

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea and direct that the plea of not guilty be received for filing. The matter of discovery will be addressed by separate order.

_____
UNITED STATES MAGISTRATE JUDGE

Date: _____

## CERTIFICATE OF SERVICE

On 25 June 2015, using CM/ECF, I electronically filed the foregoing with the Clerk of the Court, which has effectuated service of the Notice of Appearance upon all attorneys of record in this matter.



**Augustus Sol Invictus, Esquire**