**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                                          Case No. 6:15-cr-122-Orl-41TBS

**JONATHAN ALEMAN,**

    **Defendant.**
_____/

### MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

The Defendant, Jonathan Aleman, by and through the undersigned attorney, files this *Motion to Withdraw and Substitution of Counsel,* pursuant to Local Rule 2.03, in the above-styled cause. As grounds and in support thereof, it is averred:

1. On May 14, 2015, Mr. Aleman made his initial appearance pursuant to the complaint which was filed on May 14, 2015 (Docs. 1, 2). The Office of the Federal Defender was appointed to represent Mr. Aleman. (Doc. 4).

2. On May 19, 2015, the court ordered that Mr. Aleman remain incarcerated pending trial (Doc. 9).

3. On June 25, 2015, the undersigned counsel received a CM/ECF notice of electronic notice from the Court which indicates that Augustus Sol Invictus, Esquire, has filed a notice of appearance in Mr. Aleman's case (Doc. 24). Therefore, the Office of the Federal Defender requests to withdraw as counsel of record in this case. Further, it is requested that the Clerk of Court remove Maria Guzman and the Office of the Federal

Defender as Counsel for Mr. Aleman.

4. As of the filing of this motion, the undersigned has been unable to communicate with Assistant United States Attorney Ilianys Rivera Miranda as to the government's position regarding this motion.

Wherefore, the undersigned attorney requests this Honorable Court enter its order allowing the Office of the Federal Defender to withdraw from any further representation of the Defendant, Jonathan Aleman. Further, it is requested that the Court direct the Clerk of Court to remove the undersigned attorney and the Office of the Federal Defender as counsel and substitute Augustus Sol Invictus, Esquire, with all future CM/ECF notifications in this matter.

I HEREBY CERTIFY that a true and correct copy of the foregoing *Motion to Withdraw and Substitution of Counsel,* was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to Assistant United States Attorney Ilianys Rivera Miranda, and Augustus Sol Invictus, this 26th day of June, 2015.

    DONNA LEE ELM
    FEDERAL DEFENDER

    s/ *Maria Guzman*
    Maria Guzman
    Assistant Federal Defender
    Florida Bar No. 053325
    201 S. Orange Avenue, Suite 300
    Orlando, FL 32801
    Telephone: 407-648-6338
    Fax: 407-648-6095
    E-Mail: maria_guzman@fd.org