UNITED STATES DISTRICT COURTS
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.

JONATHAN JAVIER ALEMAN

CASE NO: 6:15-cr-122-orl-41 Tbs

FILED 2016 APR -8 PM 12:36 CLERK MIDDLE DISTRICT ORLANDO, FL

## Motion To Relieve Counsel

COMES NOW JONATHAN JAVIER ALEMAN, APPEARING PROSE, RESPECTFULLY MOVES THIS COURT TO RELIEVE LEAD COUNSEL <u>AUGUSTUS SOL INVICTUS</u> FROM ANY FURTHER REPRESENTATION IN THIS UNDERLINED CASE AND ASSIGN NEW COUNSEL FROM THE PUBLIC DEFENDER OFFICE OR PURSUANT TO THE CRIMINAL JUSTICE ACT FOR THE DEFENDANT. THE DEFENDANT STATES THE FOLLOWING IN SUPPORT THEREOF:

1. ON MAY 27, 2015 AN INDICTMENT WAS RETURNED IN OPEN COURT AS TO JONATHAN JAVIER ALEMAN IN A UNITED STATES DISTRICT COURT ROOM FOR THE MIDDLE DISTRICT OF FLORIDA.

2. ON JUNE 25, 2015 A NOTICE OF ATTORNEY APPEARANCE WAS FILED for JONATHAN JAVIER ALEMAN by (INVICTUS, AUGUSTUS)

3. ON FEBRUARY 24, 2016 THE DEFENDANT PROCEEDED WITH SENTENCING and WAS SENTENCED TO 151 MONTHS BEFORE Judge CARLOS E. MENDOZA WHILE REPRESENTED BY COUNSEL (INVICTUS, AUGUSTUS)

4. THE DEFENDANT IS CURRENTLY REPRESENTED BY (INVICTUS, AUGUSTUS) AS lead COUNSEL.

5. THE DEFENDANT HAS BEEN ABANDONED BY HIS ATTORNEY IN VIOLATION OF HIS DUE PROCESS RIGHTS.

6. THE DEFENDANTS CRIMINAL PROCEEDINGS REQUIRE PREPARATION, CONSULTATION, AND THE REQUISITE AMOUNT OF CARE and ATTENTION AS MANDATED BY STRICKLAND VS WASHINGTON. THE DEFENDANT HAS RECEIVED NOTHING THAT COULD BE REMOTELY CATEGORISED AS EFFECTIVE, ATTENTIVE, OR MUCH less CARING.

7. INSTEAD COUNSEL HAS FAILED TO VISIT THE DEFENDANT. FAILED TO PROPERLY REPRESENT THE DEFENDANT AT SENTENCING AND FAILED TO FILE A NOTICE OF APPEAL ON BEHALF OF THE DEFENDANT EVEN AFTER MULTIPLE REQUESTS FOR COUNSEL TO DO SO. INSTEAD COUNSEL STATED TO THE DEFENDANT, "I DON'T LIKE YOUR TYPE OF CASES".

8. THE DEFENDANT MAY HAVE TO RESORT TO 2255 MOTION FOR INEFFECTIVE ASSISTANCE OF COUNSEL TO FURTHER PRESERVE THE DEFENDANTS DUE PROCESS RIGHTS

WHEREFORE, FOR THESE REASONS STATED ABOVE AND FURTHER UNDISCLOSED MATTERS, THE DEFENDANT RESPECTFULLY REQUESTS THIS COURT TO TERMINATE LEAD COUNSEL AUGUSTUS SOL INVICTUS AND ASSIGN NEW COUNSEL FOR THE DEFENDANT FOR THE UPCOMING RESTITUTION HEARING ON APRIL 22, 2016.

DATE 4/5/16

RESPECTFULLY SUBMITTED,

JONATHAN JAVIER ALEMAN

/s/ Jonathan Aleman

## CERTIFICATE OF SERVICE

ON April 5, 2016 THE DEFENDAND Fowarded A Copy OF THe Foregoing TO THe Following PArTies ViA: MAil

Ilianys Rivera Miranda
AUSA
Suite 3100
400 WASHingTON ST
ORlANdo FL 32801

/s/ Jonathan Aleman

JONATHAN J AleMAN.